COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Melanie D. Horton

Appellate case number:    01-21-00324-CV

Trial court case number:  2020-39175

Trial court:              80th District Court of Harris County

Real party in interest, Kafi, Inc., has filed an unopposed motion to extend the time to file its response to relator, Melanie D. Horton's, petition for writ of mandamus. On July 1, 2021, the Court requested that real party in interest file a response to relator's petition for writ of mandamus within twenty days of the date of the order, on or before July 21, 2021. *See* TEX. R. APP. P. 52.4. Real party in interest requests that the time to file its response be extended to August 11, 2021.

The motion includes a certificate of conference representing that no party opposes the relief requested by real party in interest. *See* TEX. R. APP. P. 10.3(a)(2). The motion is **granted**.

Real party in interest, Kafi, Inc.'s, response to relator's petition for writ of mandamus is due to be filed no later than **August 11, 2021**.

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
                   ☑ Acting individually    ☐ Acting for the Court

Date:  ___July 20, 2021____